# State of New York
# Court of Appeals

BEFORE: HON. JENNY RIVERA, Associate Judge

---

THE PEOPLE OF THE STATE OF NEW YORK,

                                    Respondent,

-against-

ATARA WISDOM,

                                    Appellant.

**ORDER DENYING LEAVE**

---

Appellant having applied for leave to appeal to this Court pursuant to Criminal Procedure Law § 460.20 from an order in the above-captioned case;*

UPON the papers filed and due deliberation, it is

ORDERED that the application is denied.

Dated: February 14, 2019

                                                                                               _____
                                                                                                    Associate Judge

*Description of Order: Order of the Appellate Division, Second Department, entered August 29, 2018, affirming a judgment of the Supreme Court, Kings County, rendered October 8, 2014.