

DISTRICT ATTORNEY
KINGS COUNTY
350 JAY STREET
BROOKLYN, NY 11201-2908
(718) 250-2000
WWW.BROOKLYNDA.ORG

**Kenneth P. Thompson**
District Attorney

**Phyllis Chu**
Of Counsel
Homicide Bureau
718.250.3935 office
718.250.1223 facsimile

March 31, 2014

David Walensky, Esq.
910 Stuart Avenue Suite 2B
Mamaroneck, NY 10543

Re: People v. Atara Wisdom
Ind. # 6615/12

Dear Mr. Walensky:

Enclosed please find copies of the victim's medical records from September 2011 until December 2011.

Very truly yours,

Phyllis Chu

Encl.

Cc: Judge Neil Jon Firetog

I.S
8/17/12

A. Wilson

NYS Office of Alcoholism and Substance Abuse Services
**Client Discharge Report**
**FOR DISCHARGES DATED 4/1/2009 AND BEYOND**

Provider Number 86400 Program Number 61916

Provider Client ID 741378

Sex ☑ Male ☐ Female Birth Date [redacted] Last 4 SSN 2909 Last Name 2 Letters WI (Birth Name)

Date Last Treated 11/20/2011

***Education at Discharge** (if education at admission was entered incorrectly, it must be updated in "Client Management" online)*

- ☐ No education
- ☐ 1st
- ☐ 2nd
- ☐ 3rd
- ☐ 4th
- ☐ 5th
- ☐ 6th
- ☐ 7th
- ☐ 8th
- ☐ 9th
- ☐ 10th
- ☑ 11th
- ☐ High School Diploma
- ☐ General Equivalency Diploma
- ☐ Vocational Cert w/o Diploma/GED
- ☐ Vocational Cert w/ Diploma/GED
- ☐ Some College-No degree
- ☐ Associates Degree
- ☐ Bachelors Degree
- ☐ Graduate Degree

**Employment**

***Employment Status***

- ☐ Employed Full Time-35+ hrs/wk
- ☐ Employed Part Time-<35 hrs/wk
- ☐ Employed in Sheltered Workshop
- ☑ Unemployed, In Treatment
- ☐ Unemployed, Looking for Work
- ☐ Unemployed, Not Looking for Work
- ☐ Not in Labor Force, Child Care
- ☐ Not in Labor Force, Disabled
- ☐ Not in Labor Force, In Training
- ☐ Not in Labor Force, Inmate
- ☐ Not in Labor Force, Retired
- ☐ Not in Labor Force, Student
- ☐ Not in Labor Force, Other
- ☐ Social Services Work Exp Program
- ☐ Social Services Determined, Not Employed/Able to Work
- ☐ Social Services Determined, Unable to Work, Mandated Treatment
- ☐ Unknown

**Length of Employment at Discharge:** ☐ 0-30 Days ☐ 31-60 Days ☐ 61-90 Days ☐ 91-120 Days ☐ 121+ Days

***Type of Residence***

- ☑ Private Residence
- ☐ Homeless, Shelter
- ☐ Homeless, No Shelter
- ☐ Single Resident Occupancy
- ☐ CD Community Residence
- ☐ CD Supportive Living
- ☐ MH/MRDD Community Residence
- ☐ Other Group Residential Setting
- ☐ Institution, Other (jail, hospital)
- ☐ Other

***Living Arrangements*** ☐ Living Alone ☐ Living w/ Non-Related Persons ☑ Living with Spouse/Relatives

***Primary Payment Source***

- ☐ None
- ☐ Self-Pay
- ☑ Medicaid
- ☐ Medicaid Managed Care
- ☐ Medicaid Pending
- ☐ Medicare
- ☐ DSS Congregate Care
- ☐ Department of Veterans Affairs
- ☐ Private Insurance – Fee for Service
- ☐ Private Insurance – Managed Care
- ☐ Other

***Mental Health***

| | Yes | No |
|---|---|---|
| Co-existing Psychiatric disorder | ☑ | ☐ |
| Ever Treated for a mental illness problem | ☑ | ☐ |
| Ever Hospitalized for mental illness | ☑ | ☐ |
| Ever Hospitalized 30 or more days for mental illness | ☐ | ☑ |

**Gambling & Tobacco Goal Achievements**

| Gambling | Tobacco (Nicotine) |
|---|---|
| ☐ Achieved | ☐ Achieved |
| ☐ Partial Achievement | ☐ Partial Achievement |
| ☐ Not Achieved | ☑ Not Achieved |
| ☑ Not Applicable | ☐ Not Applicable |

***Total Treatment Visits*** **– For use only by Outpatient Programs (Excluding Methadone Maintenance Programs)**

Total Treatment Visits 00120

Individual Counseling Sessions 0004 (Provided by a primary counselor)

Group Counseling Sessions 0026 (Provided by a primary counselor)

Family Counseling Sessions 0000 (Provided by any direct care staff)

***Recent History:***

No. of Arrests in Prior 30 Days 00 *(or during treatment if stay was less than 30 days)*

***Six Months Prior to Discharge (or during treatment if stay was less than 6 months)***

Number of Arrests 00 Days Incarcerated 000

Days Hospitalized 00 Days in Inpatient Detox 00

Number of ER Episodes 00

NYS Office of Alcoholism and Substance Abuse Services
**Client Discharge Report**
**FOR DISCHARGES DATED 4/1/2009 AND BEYOND**

*us of Alcohol and Other Drug Use at Discharge*

| Status of Problem Substances Reported at Admission | | |
|---|---|---|
| | Substance* | Frequency of Use at Discharge |
| Primary | Alcohol | no use in last 30 days |
| Secondary | Cannabis | " |
| Tertiary | | |

*Note: Substance(s) reported at admission will be pre-filled on the Client Data System*

**Frequency of Use**
No use in last 30 days
1-3 times last 30 days
1-2 times per week
3-6 times per week
Daily

***Status of Different Problem Substances Used and Not Reported at Admission (if any)***

***First Problem Substance***
☐ None ☐ Alcohol ☐ Cocaine ☑ Crack ☐ Marijuana/Hashish ☐ Heroin ☐ Buprenorphine ☐ Non-Rx Methadone
☐ OxyContin ☐ Other Opiate/Synthetic ☐ Alprazolam (Xanax) ☐ Barbiturate ☐ Benzodiazepine (e.g., Klonopin) ☐ Catapres (Clonidine) ☐ Other Sedative /Hypnotic ☐ Elavil
☐ GHB ☐ Khat ☐ Other Tranquilizer ☐ Methamphetamine ☐ Other Amphetamine ☐ Other Stimulant ☐ PCP ☐ Ecstasy
☐ Other Hallucinogen ☐ Ephedrine ☐ Inhalant ☐ Ketamine ☐ ROHYPNOL ☐ Viagra ☐ Over-the-Counter ☐ Other

**Route of Administration** ☐ Inhalation ☐ Injection ☐ Oral ☑ Smoking ☐ Other
**Frequency of Use** ☐ No use last 30 days ☐ 1-3 times last 30 days ☐ 1-2 times per week ☑ 3-6 times per week ☐ Daily

***Second Problem Substance***
☑ None ☑ Alcohol ☐ Cocaine ☐ Crack ☐ Marijuana/Hashish ☐ Heroin ☐ Buprenorphine ☐ Non-Rx Methadone
☐ OxyContin ☐ Other Opiate/Synthetic ☐ Alprazolam (Xanax) ☐ Barbiturate ☐ Benzodiazepine (e.g., Klonopin) ☐ Catapres (Clonidine) ☐ Other Sedative /Hypnotic ☐ Elavil
☐ GHB ☐ Khat ☐ Other Tranquilizer ☐ Methamphetamine ☐ Other Amphetamine ☐ Other Stimulant ☐ PCP ☐ Ecstasy
☐ Other Hallucinogen ☐ Ephedrine ☐ Inhalant ☐ Ketamine ☐ ROHYPNOL ☐ Viagra ☐ Over-the-Counter ☐ Other

**Route of Administration** ☐ Inhalation ☐ Injection ☐ Oral ☐ Smoking ☐ Other
**Frequency of Use** ☐ No use last 30 days ☐ 1-3 times last 30 days ☐ 1-2 times per week ☐ 3-6 times per week ☐ Daily

***Third Problem Substance***
☑ None ☐ Alcohol ☐ Cocaine ☐ Crack ☐ Marijuana/Hashish ☐ Heroin ☐ Buprenorphine ☐ Non-Rx Methadone
☐ OxyContin ☐ Other Opiate/Synthetic ☐ Alprazolam (Xanax) ☐ Barbiturate ☐ Benzodiazepine (e.g., Klonopin) ☐ Catapres (Clonidine) ☐ Other Sedative /Hypnotic ☐ Elavil
☐ GHB ☐ Khat ☐ Other Tranquilizer ☐ Methamphetamine ☐ Other Amphetamine ☐ Other Stimulant ☐ PCP ☐ Ecstasy
☐ Other Hallucinogen ☐ Ephedrine ☐ Inhalant ☐ Ketamine ☐ ROHYPNOL ☐ Viagra ☐ Over-the-Counter ☐ Other

**Route of Administration** ☐ Inhalation ☐ Injection ☐ Oral ☐ Smoking ☐ Other
**Frequency of Use** ☐ No use last 30 days ☐ 1-3 times last 30 days ☐ 1-2 times per week ☐ 3-6 times per week ☐ Daily

Tobacco

**Frequency of Use in Past 30 Days (If stay is less than 30 days report use since admission or since last MCAS (for methadone programs)):**
☐ No use last 30 days ☐ 1-3 times last 30 days ☐ 1-2 times per week ☐ 3-6 times per week ☑ Daily

**Date Last Used: Month** 11 **Year** 2011 **(not entered if stay is less than 30 days)**

**Primary Route of Administration:** ☑ Smoking ☐ Chewing

NYS Office of Alcoholism and Substance Abuse Services
**Client Discharge Report**
**FOR DISCHARGES DATED 4/1/2009 AND BEYOND**

***Discharge Reason & Referral Information***

***Discharge Status***
- ☐ Completed Treatment: All Goals Met
- ☐ Completed Treatment: Half or More Goals Met
- ☐ Treatment Not Completed: Maximum Benefit/Clinical Discharge
- ☑ Treatment Not Completed: Some Goals Met
- ☐ Treatment Not Completed: No Goals Met

***Discharge Disposition (CHECK ONE)***
- ☐ Additional treatment at this level of care no longer necessary
- ☐ Further treatment at this level unlikely to yield added clinical gains
- ☐ Left against clinical advice: Formal referral made/offered
- ☑ Left against clinical advice: Lost to contact (no referral possible)
- ☐ Left against clinical advice: Termination of third party funds
- ☐ Discharged due to non-compliance with program rules
- ☐ Discharged due to regulatory requirements (note: *crisis programs*)
- ☐ Client arrested/incarcerated
- ☐ Client could no longer participate for medical/psych. reasons
- ☐ Client death
- ☐ Client relocated
- ☐ Program closed

***Referral Disposition (CHECK ONE)***
- ☑ No referral made
- ☐ Client not in need of additional services
- ☐ Referred back to CD* program
- ☐ Referred to other CD* program
- ☐ Referred to Mental Health Program
- ☐ Referred to non-CD* or non-MH treatment
- ☐ Referred to Gambling Program
- ☐ Refused referral

**CD=chemical dependence*

***Is the client currently Attending 12-Step or Other Self-help Group Meetings (last 30 days)?***
☐ *Yes* ☐ *No*

***Referral Category (CHECK ONE)***

***Chemical Dependency (CD) Programs***
- ☐ CD Program In New York State
- ☐ CD Program Out of State
- ☐ CD VA Program
- ☐ CD Private Practitioner

***Health Institutions***
- ☐ Hospital
- ☐ Hospital (Long Term)/ Nursing Home
- ☐ Nursing Home, Long Term Care
- ☐ Group Home, Foster Care

***Mental Health Programs***
- ☐ Mental Health Community Residence
- ☐ Mental Health Inpatient
- ☐ Mental Health Outpatient
- ☐ Mental Retardation/Dev Disabilities

*******
- ☐ Other Referral

*******
- ☑ No Referral Made
- ☐ Refused Referral

***Evaluation of Client's Goal Achievement***

**Drug Use**
- ☐ Achieved
- ☐ Partial Achievement
- ☑ Not Achieved
- ☐ Not Applicable

**Social Functioning**
- ☐ Achieved
- ☐ Partial Achievement
- ☑ Not Achieved
- ☐ Not Applicable

**Family Situation**
- ☐ Achieved
- ☐ Partial Achievement
- ☑ Not Achieved
- ☐ Not Applicable

**Alcohol Use**
- ☐ Achieved
- ☐ Partial Achievement
- ☑ Not Achieved
- ☐ Not Applicable

**Vocational/Educational**
- ☐ Achieved
- ☐ Partial Achievement
- ☑ Not Achieved
- ☐ Not Applicable

**Emotional Functioning**
- ☐ Achieved
- ☐ Partial Achievement
- ☑ Not Achieved
- ☐ Not Applicable

**Medical Conditions**
- ☑ Achieved
- ☐ Partial Achievement
- ☐ Not Achieved
- ☐ Not Applicable

**Legal**
- ☐ Achieved
- ☐ Partial Achievement
- ☑ Not Achieved
- ☐ Not Applicable

Pt is deceased (initials)

| NEW YORK CITY<br>HEALTH AND HOSPITALS CORPORATION<br>CHEMICAL DEPENDENCY TREATMENT PROGRAM<br><br>INDIVIDUALIZED RECOVERY PLAN<br>AFTERCARE PLAN | PATIENT<br>ADDRESSOGRAPH<br><br>Patient Name: Wilson, Anthony<br>Medical Record No.: 741378 |
|---|---|

☑ Unable to Provide - Patient Lost to Contact ☐ Unable to Provide – Patient Left AMA / Refused Aftercare Plan

**A. Chemical Dependency Treatment Aftercare Arrangements**

Name of Agency ______________________ Appointment With ______________

Agency Address ______________________ Phone Number ______________

First Appointment: Date __________ Time __________ Items to Bring ______________

Local Self Help Meetings: Group __________ Location __________ Times __________

Group __________ Location __________ Times __________

**B. Personal Relapse Prevention / Recovery Plan**

| Things to do daily to support recovery | Things to avoid (persons, places, things) |
|---|---|
| | |
| **Social support systems** | **Steps to be taken in event of slip or relapse** |
| | |

☐ Services for significant others recommended: ______________________

In event of problems/concerns regarding your recovery, this treatment center can be reached at: (   ) __________

**C. Aftercare Instructions / Referrals For Identified Problems**

| Problem Area | Follow-up Instructions | Referrals/ Arrangements (specify agency, address, contact person, telephone and date/time of appointment) |
|---|---|---|
| | | |
| | | |

Patient's Name: ____________________ Medical Record Number: ____________

| Problem Area | Follow-up Instructions | Referrals/ Arrangements (specify agency, address, contact person, telephone and date/time of appointment) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**D. Current Medications** ☐ Hospital Form Substituted

List all prescribed, over the counter, and/or herbal medications applicant is currently taking ☐ None

| Medication | Dose & Frequency | Prescribed By | Phone | Last Taken | Used as Prescribed? |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**E. Approvals**

| Treatment Team | Individual Attestation |
|---|---|
| Counselor Signature [signature] | I have received my Aftercare Plan and I understand that my adherence and follow through with it will further my success in long term recovery. I actively participated in the development of my plan and I understand the arrangements that have been made for me. I commit myself to following this plan. |
| Date 12/28/12 Time 1530 | |
| Supervisor Signature ____________ | Individual's Signature: ____________ |
| ☐Not Req'd Date ________ Time ________ | Date ____________ |
| Physician Signature ____________ | |
| ☐Not Req'd Date ________ Time ________ | |
| Nurse Signature ____________ | |
| ☐Not Req'd Date ________ Time ________ | |

NEW YORK CITY
HEALTH AND HOSPITALS CORPORATION
CHEMICAL DEPENDENCY TREATMENT PROGRAM

INDIVIDUALIZED RECOVERY PLAN
DISCHARGE SUMMARY

PATIENT
ADDRESSOGRAPH

Patient Name: Wilson, Anthony

Medical Record No.: 741378

A. Follow-up (Inpatient Only) ☐ N/A

Discharge Date: ______ Follow-up Date(s): ______ ______ ______

Aftercare Arrival Date: ______ ☐ Did not arrive Admit Date: ______ ☐ Not admitted

B. Discharge Status

Date of Last Clinic Visit: 11/26/11 Last Medication Date: ______ mg: ______ (MTP Only)

Date of Discharge: 12/28/11 Days/Months In Treatment: 3mnths

☐ *Completed Tx: All Goals Met* ☐ *Completed Tx: Half of Goals Met* ☐ *Tx Not Complete: Max Benefit / Clinical*
☒ *Tx Not Complete: Some Goals Met* ☐ *Tx Not Complete: No Goals Met*

Discharge Disposition

☐ *Additional Tx at this level of care no longer necessary* ☐ *Further Tx at this level unlikely to yield added clinical gains*
☐ *Left against clinical advice: Referral Made/Offered* ☒ *Left against clinical advice: Lost to contact*
☐ *Left against clinical advice: Termination of 3rd party fund* ☐ *Discharged due to non-compliance with program rules*
☐ *Discharged due to regulatory requirements (note: crisis programs)* ☐ *Arrested/incarcerated* ☐ *Could no longer participate for med/psych reasons* ☐ *Client death* ☐ *Client relocated* ☐ *Program Closed*

Referral Category

☐ *CD Program* - ☐ *In NYS* ☐ *Out of State* ☐ *VA Program* ☐ *Private Practioner*
☐ *Health Institution* - ☐ *Hospital* ☐ *Hospital Long Term* ☐ *Nursing Home Long Term* ☐ *Group Home/Foster Care*
☐ *Mental Health* - ☐ *Community Residence* ☐ *Inpatient* ☐ *Outpatient* ☐ *MR/DD*
☒ *Other* Left against Medical advise

☐ *Individual attending 12 Step / Self-help Meetings in last 30 days.*

C. Treatment Summary

*Total Tx Visits* 12 *Individual Counseling Sessions* 04 *Group Counseling Sessions* 20 *Family Sessions* 00

Recent History: Six Months Prior to Discharge

*Number Arrests* 00 *Days Incarcerated* 00 *Days Hospitalized* 00 *Days in Detox* 00 *ER Episodes* 00

Current Status of Problem Substances Reported at Admission

*Primary Substance:* alcohol *Usage Status* ☒ *No Use* ☐ *1-3 x last 30 days* ☐ *1-2 x/wk* ☐ *3-6 x/wk* ☐ *Daily*
*Secondary Substance:* cannabis *Usage Status* ☒ *No Use* ☐ *1-3 x last 30 days* ☐ *1-2 x/wk* ☐ *3-6 x/wk* ☐ *Daily*
*Tertiary Substance:* ______ *Usage Status* ☐ *No Use* ☐ *1-3 x last 30 days* ☐ *1-2 x/wk* ☐ *3-6 x/wk* ☐ *Daily*

*Tobacco Use past 30 days:* ☐ *No use last 30 days* ☐ *1-3 times/last 30* ☐ *1-2 times/wk* ☐ *3-6 times/wk* ☒ *Daily*
*Date of Last Use (Month/Year):* 11/2011 *Route of Administration:* ☒ *Smoking* ☐ *Chewing*

Addiction Medications Used During Treatment

☐ *Methadone* ☐ *Bueprenorphine* ☐ *Zyban* ☐ *Naltrexone/Vivitrol* ☐ *Antabuse* ☐ *Campral* ☐ *Other* ☐ *None*
☐ *Smoking Cessation* – ☐ *Nicotine Gum* ☐ *Nicotine Patch* ☐ *Nicotine Lozengers* ☐ *Chantix*

Patient Name: Wilson, Anthony Medical Record #: 741378

**D. Progress Towards Stated Goals** ☐ Patient lost to contact prior to establishment of comprehensive treatment plan

| Treatment Goals | Interventions & Outcomes | |
|---|---|---|
| patient to be engaged and motivated towards recovery goals | patient to attend program 4 times weekly | ☐ Achieved ☐ Partial Achievement ☒ Not Achieved ☐ N/A |
| patient to obtain physical exam | patient to obtain physical exam within 2 weeks of admission | ☐ Achieved ☐ Partial Achievement ☒ Not Achieved ☐ N/A |
| patient to obtain psychosocial history. | patient to complete bio-psychosocial within 2 weeks of adm.x | ☐ Achieved ☐ Partial Achievement ☐ Not Achieved ☐ N/A |
| patient to be compliant with prescribed medication | patient report level of compliance with medication useage | ☒ Achieved ☐ Partial Achievement ☐ Not Achieved ☐ N/A |
| | | ☐ Achieved ☐ Partial Achievement ☐ Not Achieved ☐ N/A |
| | | ☐ Achieved ☐ Partial Achievement ☐ Not Achieved ☐ N/A |

**E. Functional Status:**

Highest Grade Completed: ☐ *No Education* ☒ *Grade 1–11 (Enter Grade)* 11 ☐ *High School Diploma*
☐ *GED* ☐ *Vocational Certificate w/o Diploma/GED* ☐ *Vocational Certificate wDiploma/GED*
☐ *Some College – No Degree* ☐ *Associates Degree* ☐ *Bachelors Degree* ☐ *Graduate Degree*

Employment Status:
☐ *Employed Full Time* ☐ *Employed Part Time* ☐ *Employed in Sheltered Workshop*
☒ *Unemployed in treatment* ☐ *Unemployed looking* ☐ *Unemployed-not looking*
☐ *Not in labor force - student* ☐ *Not in labor force - retired* ☐ *Not in labor force disabled*
☐ *Not in labor force- child care* ☐ *Not in labor force - in training* ☐ *Not in labor force- other*
☐ *Social Services WEP* ☐ *Social Service Determined /Able* ☐ *Social Services Determined / Txt Mandated*

*Length of Employment at Discharge:* ☐ *0-30 Days* ☐ *31-60 Days* ☐ *61-90 Days* ☐ *91-120 Days* ☐ *121+ Days*

*Living Arrangements:* ☐ *Living alone* ☒ *Living with spouse/relatives* ☐ *Living with non-related persons*

Type of Residence:
☒ *Private Residence* ☐ *Single Resident Occupancy* ☐ *CD Community Residence*
☐ *Homeless, Sheltered* ☐ *Homeless, No Shelter* ☐ *CD Supportive / Transitional*
☐ *Other Group Residential Setting* ☐ *Institution, Other (Jail, Hospital)* ☐ *MH / MRDD Residence* ☐ *Other*

*Primary Payment Source:* ☐ *None* ☐ *Self-Pay* ☒ *Medicaid* ☐ *Medicaid Managed Care* ☐ *Medicaid Pending* ☐ *Medicare* ☐ *DSS Congregate Care* ☐ *Dept VA* ☐ *Private-Fee* ☐ *Private-managed*

*Co- existing psychiatric disorder?* ☐ *No* ☒ *Yes* *Ever being treated for Mental Illness?* ☐ *No* ☒ *Yes*
*Ever hospitalized for mental illness?* ☐ *No* ☒ *Yes* *Ever hospitalized ±30 days for mental illness?* ☒ *No* ☐ *Yes*
*Ever victim of domestic violence?* ☒ *No* ☐ *Yes* *Ever perpetrator of domestic violence?* ☒ *No* ☐ *Yes*

**F. Prognosis**

Does patient feel they have the ability to maintain abstinence? ☐ Yes ☒ No

Does home environment support recovery? ☒ Yes ☐ No

Does vocational/educational/employment status support recovery? ☐ Yes ☒ No

Completed by: N.Prendervile [signature] CASAC-T 12/28/11 3:46pm

Signature Title Date Time

Shoshanna Baguie SW Level II 12/28/11 4:00pm

| NEW YORK CITY<br>HEALTH AND HOSPITALS CORPORATION<br>CHEMICAL DEPENDENCY PROGRAM<br><br>PSYCHIATRIC SCREEN / MENTAL STATUS<br>(Comprehensive Assessment CA-4) | PATIENT ADDRESSOGRAPH<br><br>Patient Name: Wilson Anthony<br>Medical Record No.: 741378 |
|---|---|

**A. PSYCHIATRIC SCREEN (Complete for O/P Services Only)** [✓] **O/P screen not needed due to existing eval**

| Modified Mini - Section A. Mood Disorders | |
|---|---|
| 1. Have you been consistently depressed / down, most of the day, nearly every day, for past 2 wks? | ☐ Yes ☐ No |
| 2. In past 2 wks, have you been less interested in most things or less able to enjoy things you used to enjoy most of the time? | ☐ Yes ☐ No |
| 3. Have you felt sad, low or depressed most of the time for the last two years? | ☐ Yes ☐ No |
| 4. In the past month, did you think you would be better off dead or wish you were dead? | ☐ Yes ☐ No |
| 5. Have you ever had a period of time when you were feeling up, hyper or so full of energy or full of yourself that you got into trouble or that other people thought you were not your usual self? *(Do not consider times when you were intoxicated on drugs or alcohol.)* | ☐ Yes ☐ No |
| 6. Have you ever been so irritable, grouchy / annoyed for several days that you had arguments, verbal / physical fights, or shouted at people outside your family? Have you or others noticed you've been more irritable / overreacted, compared to others, even when you thought you were right acting this way? | ☐ Yes ☐ No |
| **Modified Mini - Section B. Anxiety Disorders** | |
| 7. Have you had occasions when you felt intensely anxious, frightened, uncomfortable / uneasy even if most people would not feel that way? If yes did these feelings get to their worst within 10 minutes? *If answer to BOTH is YES, code YES. If the answer to either or both is NO, code NO* | ☐ Yes ☐ No |
| 8. Do you feel anxious or uneasy in places or situations *where you might have panic-like symptoms we just spoke about?* Do you feel anxious or uneasy in situations where help might not be available or escape might be difficult? *(Examples include: being in crowd; standing on line; being alone; traveling)* | ☐ Yes ☐ No |
| 9. Have you worried excessively or been anxious about several things over past 6 months? *If no to Question 9, answer "no" to Question 10 and proceed to Question 11.* | ☐ Yes ☐ No |
| 10. Are these worries present most days? | ☐ Yes ☐ No |
| 11. In past month, were you afraid or embarrassed when others were watching you or when you were the focus of attention? Were you afraid of being humiliated? *(i.e. speaking in public; eating with others; writing while someone watches; being in social situations)* | ☐ Yes ☐ No |
| 12. In past month, have you been bothered by thoughts, impulses, or images you couldn't get rid of that were unwanted, distasteful, inappropriate, intrusive or distressing? *(Examples include: being afraid you would act on shocking impulse; worrying a lot about being dirty, contaminated / having germs; fear you would be responsible for things going wrong; obsessive thoughts, images, impulses)* | ☐ Yes ☐ No |
| 13. In the past month, did you do something repeatedly without being able to resist doing it? *(i.e. washing/cleaning excessively; counting/ checking things over and over; collecting, or arranging things, other superstitious rituals)* | ☐ Yes ☐ No |
| 14. Have you ever experienced / witnessed / had to deal with extremely traumatic event that included actual or threatened death or serious injury to you or someone else? *(Examples include: war, disasters, serious accidents; assault; terrorist attack; being held hostage / kidnapped; fire; discovering a body)* | ☐ Yes ☐ No |
| 15. Have you re-experienced the awful event in a distressing way in the past month? | ☐ Yes ☐ No |
| **Modified Mini - Section C. Psychotic Disorders** | |
| 16. Have you ever believed people were spying on you, plotting against you, or trying to hurt you? | ☐ Yes ☐ No |
| 17. Have you ever believed that someone was reading your mind or could hear your thoughts, or that you could actually read someone's mind or hear what another person was thinking? | ☐ Yes ☐ No |
| 18. Have you ever believed someone or force outside yourself put thoughts in your mind that were not your own / made you act in a way that was not usual? Or, have you ever felt you were possessed? | ☐ Yes ☐ No |
| 19. Have you ever believed that you were being sent special messages through the TV, radio, or newspaper? Did you believe someone you did not know was particularly interested in you? | ☐ Yes ☐ No |
| 20. Have your relatives or friends ever considered any of your beliefs strange or unusual? | ☐ Yes ☐ No |
| 21. Have you ever heard things other people couldn't hear, such as voices? | ☐ Yes ☐ No |
| 22. Have you ever had visions when you were awake or seen things other people could not see? | ☐ Yes ☐ No |

**Modified Mini Scoring**

| | | Scoring Guidelines |
|---|---|---|
| NUMBER OF YES RESPONSES SECTION A | | Score ≥ 10, assessment needed |
| NUMBER OF YES RESPONSES SECTION B | | Score ≥ 6 ≤ 9, use clinical judgment |
| NUMBER OF YES RESPONSES SECTION C | | Score ≤ 5, assessment not needed |
| TOTAL YES RESPONSES SECTIONS A, B & C | | |
| YES RESPONSE TO QUESTION 4 | | If score = 1, assessment needed |
| NUMBER OF YES RESPONSES QUESTIONS 14 & 15 | | If score = 2, assessment needed |

**Patient Name:** ____________ **Medical Record #:** ____________

**B. MENTAL STATUS SCREEN**

**Appearance:** ☐ Appropriate ☐ Disheveled ☐ Poor Hygiene
**Attitude:** ☐ Appropriate ☐ Guarded ☐ Suspicious ☐ Uncooperative ☐ Belligerent
**Motor Activity:** ☐ Appropriate ☐ Hyperactive ☐ Muscle spasms ☐ Agitation ☐ Tremors/Tics ☐ Psychomotor retardation
**Speech:** ☐ Appropriate ☐ Delayed ☐ Soft ☐ Loud ☐ Slurred ☐ Verbose ☐ Pressured ☐ Incoherent ☐ Loquacious ☐ Other: ______
**Thought Process:** ☐ Appropriate ☐ Circumstantial ☐ Tangential ☐ Flight of Ideas ☐ Obsessive ☐ Loose Association ☐ Other: ______
**Thought Content:** ☐ Appropriate ☐ Delusions ☐ Persecutory ☐ Controlled ☐ Grandiose ☐ Paranoid ☐ Other: ______
**Perception:** ☐ Normal ☐ Depersonalization ☐ De-realization ☐ Other: ______ ☐ Hallucinations – *Explain* ______
**Mood:** ☐ Appropriate ☐ Depressed ☐ Anxious ☐ Euphoric ☐ Irritable
**Affect:** ☐ Appropriate ☐ Expansive ☐ Constricted ☐ Blunted ☐ Worrisome ☐ Flat ☐ Apathetic ☐ Sad ☐ Other: ______
**Orientation:** ☐ Normal ☐ Abnormal - ☐ Time ☐ Place ☐ Person ☐ Always ☐ Sometimes ☐ Situation
**Concentration:** ☐ Intact ☐ Impaired - ☐ Mildly ☐ Moderately ☐ Grossly
**Memory:** ☐ Intact ☐ Impaired - ☐ Immediate ☐ Recent ☐ Remote
**Cognitive Function:** ☐ Intact ☐ Impaired - ☐ Mildly ☐ Moderately ☐ Grossly
**Insight:** ☐ Intact ☐ Impaired - ☐ Mildly ☐ Moderately ☐ Grossly
**Impulse Control:** ☐ Normal ☐ Impaired – *Indicate* ☐ Mildly ☐ Moderately ☐ Grossly
**Judgment:** ☐ Intact ☐ Impaired – *Indicate* ☐ Mildly ☐ Moderately ☐ Grossly
**Suicidal Ideation:** Current: ☐ No ☐ Yes – ☐ Intent ☐ Plan ☐ Gesture ☐ Attempt
Describe ______

Past 3 months: ☐ No ☐ Yes – ☐ Intent ☐ Plan ☐ Gesture ☐ Attempt
Describe ______
*If yes* to either, was individual influence of alcohol or drugs at the time? ☐ No ☐ Yes
*If actual attempt, date:* ______
**Homicidal Ideation:** Current: ☐ No ☐ Yes – ☐ Intent ☐ Plan ☐ Gesture ☐ Attempt
Describe: ______

Past: ☐ No ☐ Yes – Describe ______
*If yes*, was individual influence of alcohol or drugs at the time? ☐ No ☐ Yes

**C. CLINICAL ASSESSMENT/RECOMMENDATIONS:** Assessment of risk to harm self/others: ☐ High ☐ Moderate ☐ Low

______

**Completed by:** ______ ______ ______ ______

**QHP Review:** ______ ______ ______ ______ ☐ **Not Required**

Signature Title Date Time

Chart No. 741378

NORTH BROOKLYN HEALTH NETWORK

WH101

*AMBULATORY CARE PROGRESS RECORD*

Name Wilson, Anthony Clinic Chem Dep 2011

Observations and Opinions of Visit Must be Entered.
Sign, Date and Stamp Every Entry.

9/6/11 Intake Assessment Note 10:30 am - 12:30 pm

Client is a 50 y.o. single, African-American male. He is the father of 6 children, all female, to several different women. Client is unemployed and is supported primarily with public assistance. He is referred for substance abuse services via ACS. Client reports his 11 month old daughter was placed in the foster care system as a result of substance dependence and neglect by the biological mother. He is attempting to gain sole custody of his daughter, however; it was alleged that he abused crack cocaine and alcohol. He was also alleged to have been physically abusive to his daughter's mother when they were together. He denies all of the allegations brought against him. "She did that because she knew she wasn't doing right by our daughter." "My 5 older daughters are mad at her for placing their sister in foster care without saying anything to anyone." "She probably left her (baby) at someone's house while she went on a crack run and they called ACS." Client states he was given a random drug screening at Counseling Service EDNY via ACS and the results were negative. Client admits to a history of excessive drinking resulting in bleeding ulcers and stomach surgery at Harlem Hospital in 1993. "I had half of my stomach removed." "I haven't drank alcohol in years and I never used crack." Client resides alone in the Bushwick section of Brooklyn. "I have my own apartment and can very well take care of my daughter, that's my intentions." Client is due in Family Court on 9/22/11 for follow-up services. "I'm going to do what I have too to get my my daughter." Client acknowledges being treated for depression in the past at CCM (releases obtained). "I was on medication and I think I should go back." Last txed at CCM approximately 6 months ago. He is amenable to continuing mental health services at CDTC. Client states he is anxious about his current state of affairs and concerns for his daughter. On a scale of 1 - 5 with 5 the highest, he said his anxiety and frustration level is

Chart No. 741378




NORTH BROOKLYN HEALTH NETWORK

*AMBULATORY CARE PROGRESS RECORD*

Name Wilson, Anthony Clinic Chem Dep 2011

Observations and Opinions of Visit Must be Entered.
Sign, Date and Stamp Every Entry.

9/6/11 Intake Assessment Note 10:30 am - 12:30 pm

at 4. "That woman put me through a lot." "Now she's with a new guy who rides a motorcycle and don't give a damn about her." "I picked her up from the street and made her the person she is now."

Client maintains that he has been alcohol and substance (cannabis) free for many many years. "I'll do the program no matter what." Client is interested in completing parenting classes.

Client was given a brief overview of all services available to him at CDTC. He is scheduled to see Dr. Kidd for his medical assessment on 9/8/11 at 9:45 am. He will be seen by Dr. Harris on 9/13/11 at 2:00 pm and will be admitted into the program the same day. Client submitted urine for drug screening and his bac is negative. Client signed all relevant releases of information. He was given return instructions for 9/8/11. Client does not have a gambling or nicotine addiction.

John Johnson CASAC, Sr AC II

Chart No. 741378

NORTH BROOKLYN HEALTH NETWORK

*AMBULATORY CARE PROGRESS RECORD*

Name Wilson, Anthony Clinic Chem Dep/COD 20 9/13/11

Observations and Opinions of Visit Must be Entered.
Sign, Date and Stamp Every Entry.

2:00-2:20 PM

PSYCHIATRIC SUMMARY

DATE OF BIRTH: [redacted]

DATE OF SERVICE: 9/13/11

FAMILY HISTORY: Denies.

PAST PSYCHIATRIC HISTORY: Admitted to a MICA facility

SUBSTANCE ABUSE HISTORY:

Cannabis and alcohol.

SOCIAL HISTORY:

Reared by his mother in Brooklyn. He has three sisters and twin brothers. Retains contact with family. Dropped out of 11th grade. No military service. Attended special education. Has a ten-month-old daughter who is in foster care due to the mother's substance abuse. Has a Section VIII apartment.

TRAUMA HISTORY: Reports sexual abuse from an aunt as an adolescent.

LEGAL HISTORY:

Denies.

CURRENT PSYCHIATRIC HISTORY:

Notes depression with tearfulness.

Chart No. 741378

NORTH BROOKLYN HEALTH NETWORK

*AMBULATORY CARE PROGRESS RECORD*

Name Wilson, Anthony   Clinic Chem Dep/COD   20 9/12/11

Observations and Opinions of Visit Must be Entered.
Sign, Date and Stamp Every Entry.

MENTAL STATUS EXAM: Cooperative, middle-aged man in casual clothes. Mood: sad Affect: stable.

Speech: Normal fluency, spontanaeity, slow rate, and low tone.

Thought process: logical, goal-directed. Notes hallucinations to harm self or others.

He has no gross cognitive deficits. Denies both suicidal and homicidal ideation.

He is alert and oriented to time, place and person.

AxisI: Cannabis and Alcohol Dependence; Major Depressive Disorder with Psychotic Features.

Axis II: Deferred

Axis III: History of head trauma as a child. Peptic Ulcer Disease

Axis IV: ACS Case.

Axis V: 41-50

MEDICATIONS: Prozac 20mg daily, Benadryl 50mg qhs, Seroquel 300mg qhs.

SUMMARY & RECOMMENDATIONS: 50-year-old man who abuses Cannabis and Alcohol, with history of depression and psychosis. Admit to COD.

[signature]

Lynda Smith-Harris, MD
License #: 185087
Hosp. ID#: 800888

HC 1947 (MAR 91) Replaces 1-9-203   NEW YORK CITY HEALTH AND HOSPITALS CORPORATION

WH101

Chart No. 741378




NORTH BROOKLYN HEALTH NETWORK

*AMBULATORY CARE PROGRESS RECORD*

Name Wilson, Anthony Clinic CD 20 11

Observations and Opinions of Visit Must Be Entered.
Sign, Date and Stamp Every Entry.

9-13-11 Assignment Note 2:25-2:40pm

DLDO: Aug 2010 (marijuana)
DLD: Aug 2010 (Alcohol)

Medical
Pt met w/ Dr. Harris 9/13/11 (psych. summary complete
BPS to be completed by assigned counselor
Voc-Ed to be scheduled by assigned counselor
Pt will be scheduled by assigned counselor

Pt came in for 2nd Assessment Visit. He met w/ Dr. Harris, psychiatrist. Pt rights and responsibilities, program hours, rules and procedures discussed.

Pt assigned to Ms. Valle. Pt to return 9/14 @ 9:30am for formal introduction/admission

BA OOD

Michelle Nesbitt, CASAC

NEW YORK CITY HEALTH AND HOSPITALS CORPORATION

HHC 1947 (MAR 93) Replaces 120-203

WH101

Chart No. 741378




NORTH BROOKLYN HEALTH NETWORK

AMBULATORY CARE PROGRESS RECORD

Name Anthony Wilson Clinic COD 20 11

Observations and Opinions of Visit Must Be Entered.
Sign, Date and Stamp Every Entry.

9/19/11 Acceptance 9:20 – 9:45

Pt. was escorted to this worker office by Ms. Nesbitt (Intake). Worker accept pt. to caseload. Pt reported he hasn't use alcohol/cannabis for a few years however he wants to obtain custody of his 10 month old baby girl and wants to attend a TX. program for relapse prevention and parenting. Pt. provided all ACS/Preventive services documentation copy enclosed. Pt. also requested to contact Ms Frazier Kinship caseworker 718-313-1111 to inform he will keep his visitation for today at 12PM. Worker provided explain COD schedule (copy enclosed). Pt. is excuse on Mon and Wed (child visit) and on 9/22/11 Family Court schedule appt. Pt was schedule w/Dr Cuzetti 9/27/11 9:45 (P/E) and 10/11/11 9:30 F/u with Dr. Harris Psy. Next Ind. session is on 9/29/11, 10:30.

K. Valle
CASAC-T

JOHN JOHNSON CASAC
PSYCH Senior Addiction Counselor II
NBHN # 298323
Lic # 001459

NEW YORK CITY HEALTH AND HOSPITALS CORPORATION

HHC 1947 (MAR 93) Replaces 120-203

WH101

Chart No. 741878


WH101

NORTH BROOKLYN HEALTH NETWORK

***AMBULATORY CARE PROGRESS RECORD***

Name Wilson, Anthony Clinic Chem Dep 20 11

Observations and Opinions of Visit Must Be Entered.
Sign, Date and Stamp Every Entry.

10/13/11 Outreach 2:15pm

This writer contacted pts home and was informed by his mother that patient does not live at her residence. Pt's mother further stated that she has not seen her son but she will attempt to get in touch with him.

[signature], CASAC-T
NICKCOLE PRENDERVILLE CASAC-T
PSYCH Addiction Counselor
NBHN # 303800
Lic # 20097

Shoshana Bayni
SW Level II

10/18/11 outreach 12:20PM

Patients mother informed this writer that patient did stop by her house to inform her that patient has a court hearing on 10/19/11. Pt's mother stated that she would attempt to get him to come to treatment.

[signature] CASAC-T
NICKCOLE PRENDERVILLE CASAC-T
PSYCH Addiction Counselor
NBHN # 303800
Lic # 20097

Shoshana Bayni
SW Level II

10/20/11 Outreach 3:10pm

Pt continues to be non-compliant with treatment a voicemail was left for pt to contact this writer asap. Follow up to continue.

[signature] CASAC-T

NEW YORK CITY HEALTH AND HOSPITALS CORPORATION

Shoshana Bayni
SW Level II

HHC 1947 (MAR 93) Replaces 120-203

WH101

Chart No. 741 378




NORTH BROOKLYN HEALTH NETWORK

*AMBULATORY CARE PROGRESS RECORD*

Name: Wilson, Anthony Clinic: COD 20 11

Observations and Opinions of Visit Must Be Entered.
Sign, Date and Stamp Every Entry.

960 - 1010

2 7 ... 2011 **Psychiatry**

C: He was absent for almost a month due to complication from stomach surgery.

O: notes decreased intensity of voices. Coherent, cooperative.

P: Prozac 20mg daily #30

RTC 1 month

Benadryl 50 mg qhs #30

Seroquel 300mg qhs.

LYNDA SMITH HARRIS M.D.
Attending Physician PSYCH
NBHN # 10... LIC # 185087
NPI # 18212/2947 DEA #BS2693112

[signature] MD

NEW YORK CITY HEALTH AND HOSPITALS CORPORATION

HHC 1947 (MAR 93) Replaces 120-203

WH101

Chart No. 741378




NORTH BROOKLYN HEALTH NETWORK

*AMBULATORY CARE PROGRESS RECORD*

Name: Anthony Wilson Chemical Dependency 2011

Observations and Opinions of Visit Must be Entered.
Sign, Date and Stamp Every Entry.

11/10/11 Missed Vocational Appt. Note 11am

Client missed his scheduled appointment on 11/10/11 at 10:30am with this writer. The primary counselor, Ms. Prenderville (in the absence of Ms. Valle), was informed. The client will be rescheduled for his vocational assessment.

K Best MSEd CRC

Krystal Best, MS Ed, CRC

Rehabilitation Counselor

HC 1947 (MAR 93) Replaces 120-203 NEW YORK CITY HEALTH AND HOSPITALS CORPORATION

WH101

Chart No. 741378

WH101

NORTH BROOKLYN HEALTH NETWORK

## AMBULATORY CARE PROGRESS RECORD

Name Wilson Anthony Clinic CUD 20 11

Observations and Opinions of Visit Must Be Entered.
Sign, Date and Stamp Every Entry.

1110 - 113

10/22/11 **Psychiatry**

S: He is sleeping well.
Denies adverse medication effects.
O: spoke of using pantries to supplement his
food stamps. Euthymic.
A: Major Depressive Disorder.
P: RTC 1 month
Seroquel 300 mg qhs #30
Benadryl 150 mg qhs #30
Prozac 30 mg daily #30

[signature]

LYNDA SMITH HARRIS, [illegible]
Attending Physician [illegible]
[illegible]
MR # [illegible] [illegible]

NEW YORK CITY HEALTH AND HOSPITALS CORPORATION

HHC 1947 (MAR 93) Replaces 120-203

WH101

Chart 741378

NORTH BROOKLYN HEALTH NETWORK
AMBULATORY CARE PROGRESS RECORD

Name: Wilson, Anthony DEP CHEM DEP 11/26/11

Observations and Opinions of Visit Must be Entered.
Sign, Date and Stamp Every Entry.

Individual Session 11:10 - 11:40

This writer met with patient and patient informed this writer that he continues to remain drug free and now realizes that he must stay clean for himself and his daughter.. This writer congratulated patient on his success with sobriety. Paatient stated during individual session that sometimes he becomes overwhelmed with the thought of not getting his daughter back in his custody. Patient further stated during individual session that he is happy with where he is in his recovery. Patient stated that he attends regular AA/NA sober support groups and he will continue to attend.

BAC 0.00 Urine Submitted

[signature], CASAC

Nickcole Prenderville, CASAC-T

Shoshanna Baggerie SW Level II

Progress Note

12/12/11- This writer received a call from pt's preventive services worker. Hasina Fraser 718-813-1111 ext 3007. Ms. Fraser was enquiring about pt's progress and this writer informed her that pt did not sign a release to give her information. Ms. Fraser stated that she would get consent and contact this writer asap.

Shoshanna Baggerie SW Level II [signature], CASAC

HC 1947 (MAR 93) Replaces 120-203 NEW YORK CITY HEALTH AND HOSPITALS CORPORATION

WH101

Chart No. 741378

NORTH BROOKLYN HEALTH NETWORK
*AMBULATORY CARE PROGRESS RECORD*

Name: Wilson, Anthony DET CHEM DEP 12/28/11

Observations and Opinions of Visit Must be Entered.
Sign, Date and Stamp Every Entry.

12/28/11 closing note 3:30pm

On this day patient's case is being closed due to non-compliance and failure to respond to outreach attempts. Patient's last visit to CDTC was on 11/26/11. due to patient's numerous admissions and failure to complete treatment, patient should complete 28 day in-patient treatment before being re-admitted to CDTC

Nickcole Prenderville, CASAC-T

Shoshanna Baquie SW Level II

HC 1947 (MAR 93) Replaces 120-203 NEW YORK CITY HEALTH AND HOSPITALS CORPORATION

WH101

Char' No. 741378

N.RTH BROOKLYN HEALTH NETWORK

*AMBULATORY CARE PROGRESS RECORD*

Name Wilson, Anthony Clinic COD 20 1/23/14

Observations and Opinions of Visit Must be Entered.
Sign, Date and Stamp Every Entry.

11:10 AM

PSYCHIATRY

I was contacted by the District Attorney's Office regarding a court proceeding for the homicide of this patient in late November, 2011. He had sought trreatment for alcohol and cannabis. He attended COD about ten times, since 9/11/11. AT the time of death, Seroquel was not detected in his body, despite the fact that he had received a prescription on 11.22.13. Eight pills were missing from his bottle. He had an alcohol level of .20 and a muscle relaxant, benzoylcgonine in his system. He also had a Vetrerinary dewormer, levasimole, present.

The patient's diagnosis was Major Depressive Disorder. He was taking Seroquel, Benadryl and Prozac while enrolled in our clinic.

The DA's name is Ms. Chu. Her contact number is: 718-250-3935.

I

Lynda Smith-Harris, MD
NYS License # 185087
DEA # BS2693112
NPI # 1831272947