```
 1  SUPREME COURT OF THE STATE OF NEW YORK
 2  COUNTY OF KINGS:  CRIMINAL TERM:  PART 2
 3  - - - - - - - - - - - - - - - - - - - - -X
 4  THE PEOPLE OF THE STATE OF NEW YORK,        X  Indictment No:
                                                   6615/2012
 5           - against -                       X
 6  ATARA WISDOM,                              X
 7                     Defendant.              X
 8  - - - - - - - - - - - - - - - - - - - - -X
 9                              September 9, 2014
                                320 Jay Street
10                              Brooklyn, New York 11201
11  B E F O R E:   THE HONORABLE ALBERT TOMEI,
                                Supreme Court Justice
12
    A P P E A R A N C E S:
13
        FOR THE PEOPLE:
14          KENNETH P. THOMPSON, ESQ.
            District Attorney - Kings County
15          350 Jay Street
            Brooklyn, New York 11201
16      BY: PHYLLIS CHU, ESQ.
17
        FOR THE DEFENDANT:
18          DAVID WALENSKY, ESQ.
            910 Stuart Avenue
19          Marmaroneck, New York
20
21
22
23                              SCOTT ISAACS,
                                Official Court Reporter
24
25
                                                    si
```

Proceedings

1    THE CLERK: This is calendar number two off the
2  sentence calendar, indictment 6615 of 2012, People versus
3  Atara Wisdom. The defendant is incarcerated, not produced
4  before the Court.
5    MR. WALENSKY: David Walensky, 910 Stuart Avenue,
6  Mamaroneck, for Ms. Wisdom.
7    MS. CHU: From the Office of the District
8  Attorney, Phyllis Chu. Good morning.
9    MR. WALENSKY: Your Honor, there are two things.
10   I was requesting a 390 examination of Ms. Wisdom.
11 She's refused two probation interviews. She has a
12 significant psychiatric history. I had in fact wanted to
13 do a psychiatric offense, and she was adamant against it.
14 I believe I erred frankly.
15   Additionally, I was ill for quite a bit of this
16 summer. I wasn't able to write up this 330. I'm
17 requesting I be given until October 6th to write up a 330
18 and have it submitted by that date.
19   THE COURT: When are you going to get it in?
20   MR. WALENSKY: I'm going to get it in by
21 October 6th -- prior to October 6th.
22   THE COURT: Why so late?
23   MR. WALENSKY: I need at least two weeks. I just
24 wasn't able to write.
25   THE COURT: I'm a little confused. What are you

si

Proceedings

1    going to do exactly?

2           MR. WALENSKY: I'm going to complete the 330

3    motion, that will take me to October 6th. I mean I will

4    submit it on October 6th.

5           THE COURT: For me to consider?

6           MR. WALENSKY: Yes. And I'm requesting a 390 to

7    see if she is capable of being sentenced. This was --

8           THE COURT: That's in aid of sentence?

9           MR. WALENSKY: In aid of sentence, yes, Your

10   Honor.

11          THE COURT: It's post conviction; right?

12          MR. WALENSKY: 390 is post conviction, yes, an

13   aid of sentence. It's similar --

14          MS. CHU: It's similar to a 730.

15          MR. WALENSKY: But it's post conviction.

16   If I felt that during trial, I would have asked

17   for a 730. Now it's a 390.

18          THE COURT: Do you have any objection, Ms. Chu?

19          MS. CHU: No, I leave it to the Court's

20   discretion.

21          THE COURT: October 6th.

22          MR. WALENSKY: Thank you, very much.

23          THE CLERK: Is that the adjourned date,

24   October 6th?

25          MR. WALENSKY: No, the adjourned date I guess

Proceedings

1   would be November 6th or November 7th.
2       MS. CHU: Your Honor, we are talking about you
3   are giving him four weeks to write his motion?
4       MR. WALENSKY: No, it's --
5       MS. CHU: If you are ordering a 390, that takes
6   about 30 days. Get your papers within two weeks.
7       MR. WALENSKY: I will try to get it in by Monday
8   the 30th, but I'm taking into account the high holy days
9   and I won't be working for several days.
10      We have a return date of 11/6, Your Honor?
11      THE COURT: That's a lot of time.
12      MR. WALENSKY: I will get it in by the
13  30th then?
14      MS. CHU: If you can get a date in October, that
15  would be preferrable. Before the week of the 20th would
16  work for me.
17      THE COURT: Give me a date.
18      MS. CHU: The 15th, 16th, 17th, any of
19  those days is fine with me.
20      THE COURT: What's the 15th or 16th?
21      MS. CHU: A Wednesday.
22      THE COURT: October what?
23      MS. CHU: 15th.
24      THE COURT: All right. October 15th.
25      THE CLERK: Is the adjourned date?

si

```
```

Proceedings

1  THE COURT:  Yes.

2  THE CLERK:  10/15.

3  MS. CHU:  Would be on for decision and 390?

4  MR. WALENSKY:  Yes, 390 psychiatric.  They will bring her in.  What they do is they bring her in and she's interviewed generally here.

7  THE COURT:  All right.  October 15th.

8  * * * * *

9  CERTIFIED TO BE A TRUE AND ACCURATE TRANSCRIPT.

SCOTT ISAACS,
Official Court Reporter

```
SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS : CRIMINAL TERM : PART 2
- - - - - - - - - - - - - - - - - - - -X
THE PEOPLE OF THE STATE OF NEW YORK   :   INDICTMENT NO.
                                          6615/2012
          - against -                 :

ATARA WISDOM                          :

                        DEFENDANT     :   CALENDAR CALL
- - - - - - - - - - - - - - - - - - - -X
```

                    320 JAY STREET
                    BROOKLYN, NEW YORK 11201

                    OCTOBER 7, 2014


BEFORE:     HONORABLE ALBERT TOMEI,
                                JUSTICE


APPEARANCES:

        KENNETH P. THOMPSON, ESQ.
            District Attorney, Kings County
          BY:  PHYLLIS CHU, ESQ.
              Assistant District Attorney


        DAVID WALENSKY, ESQ.
            Attorney for Defendant




                            LAUREN K. GANZMAN
                            SENIOR COURT REPORTER

PROCEEDINGS                                             2

1           THE CLERK:  This is calendar number one off the
2  sentence calendar, Indictment 6615 of 2012, People versus
3  Atara Wisdom.  Defendant is incarcerated, not produced
4  before the Court.
5           Appearances, for the record.
6           MR. WALENSKY:  David Walensky, for Ms. Wisdom.
7           MS. CHU:  For the Office of the District
8  Attorney, Phyllis Chu.
9           Good morning.
10          THE COURT:  Let the record reflect that the
11 defendant has refused to come out for sentencing and the
12 Court has ordered -- the Court has signed a force order to
13 have her produced in court.  Consequently, preparations
14 have to be made to effectuate the order and we're going to
15 adjourn this to tomorrow at 12:30.
16          Thank you very much.
17          MS. CHU:  Thank you.
18          THE CLERK:  Part 2 is adjourned.
19          THE COURT:  And if it's not 12:30, it will be
20 two o'clock tomorrow.  Thank you very much.
21               *     *     *     *     *
22 CERTIFIED TO BE A TRUE AND ACCURATE TRANSCRIPT OF THE MINUTES
23              TAKEN IN THE ABOVE-TITLED PROCEEDING.

                                    *signature*
24                                  LAUREN K. GANZMAN
25                                  SENIOR COURT REPORTER