1

1  SUPREME COURT OF THE STATE OF NEW YORK
   COUNTY OF KINGS, PART: 2
2  ----------------------------------------------------------
   THE PEOPLE OF THE STATE OF NEW YORK
3

4           -against-

5

6  ATARA WISDOM

7                      (DEFENDANT)

8  ----------------------------------------------------------

9  DATED: October 8, 2014

10

   IND # 06615/2012
11

12 BEFORE THE HONORABLE ALBERT TOMEI, JSC

13

   APPEARANCES:
14

15      FOR THE PLAINTIFF:

16      BY:  MR. PHYLIS CHU, ESQ.

17      (Assistant District Attorney)

18

19      FOR THE DEFENDANT:

20      BY: MR. DAVID WALENSKY, ESQ.

21

22

23
                MICHAEL RIZZO
24
           SENIOR COURT REPORTER
25

AP

2

PROCEEDINGS

1           THE CLERK:  Part Two now in session.  Honorable

2    Albert Tomei presiding.  Calendar Number One off the

3    sentencing calendar, 6615 of 2012, people versus Atara

4    Wisdom.  This matter is on for sentence.  The defendant is

5    incarcerated and produced before the court.

6           Appearances for the record.

7           MR. WALENSKY:  David Walensky for Wisdom Atara.

8           MS. CHU:  For the Office of the District

9    Attorney Phyllis Chu.  Good afternoon.

10          THE COURT:  Good afternoon.  Ms. Wisdom, do you

11   feel a little better?

12          THE DEFENDANT:  Yes.

13          THE COURT:  Okay.  For the record, yesterday we

14   had adjourned the matter to today.  And during the course of

15   yesterday's events I had entertained the motion of Counsel,

16   the post conviction motion the 330.30 and denied the motion

17   by Counsel to vacate the conviction.  And the decision and

18   order was submitted to Counsel.

19          MR. WALENSKY:  Yes, it was, Your Honor.  Note

20   my exception.

21          THE COURT:  Mr. Wisdom, I know that you filed a

22   motion claiming that there was ineffectiveness of Counsel.

23   However, you cannot file a motion for ineffectiveness of

24   Counsel pursuant to 330.30.  That motion has to be filed with

25   the Appellate Division or you can file a 440.10 motion which

PROCEEDINGS

1    if you are assigned counsel post conviction and an attorney

2    will make that judgement for you, okay.

3              THE DEFENDANT:  Okay.

4              THE COURT:  All right.  Now is there any legal

5    reason why the Defendant should not be sentenced at this

6    time?

7              MS. CHU:  No.

8              MR. WALENSKY:  No.

9              THE COURT:  Okay.

10             THE DEFENDANT: Could I address the Court for a

11   second, please?

12             THE COURT:  Yes. What is it?

13             THE DEFENDANT:  I had put in a motion for my

14   transcripts and it is not being spoken on.  I don't

15   understand why.  I would like my transcripts from my trial.

16             MR. WALENSKY:   Transcripts are submitted back

17   to The Court.  These are 18 B.  I have to submit them at

18   which time -- So the Appellate Attorney can get them.  The

19   Appellate Attorney or The Court will supply them to Ms.

20   Wisdom.  But prior to that they would have to be purchased

21   because the reporters have to be paid for those Francis

22   script is.  So, essentially again with the appeal, she can

23   ask herb appellate attorney for those transcript is.  And

24   they will be supplied to her.  I have to turn them?.

25             THE COURT:  Who does she ask?

4

PROCEEDINGS

1    MR. WALENSKY:  She sent in a request as a poor

2    person for the trial transcript.  But it is premature because

3    they have to be submitted to the Court first.  And that once

4    they are with the Court, she --  they could entertain that

5    request and they initially go to her appellate attorney.

6    THE DEFENDANT:  Okay.  Okay.

7    THE COURT:  You are filing a notice of appeal;

8    is that correct?

9    MR. WALENSKY:  I will file a notice of appeal

10   for her.  She could --  she will actually need to file one

11   because even though I ask an attorney be provided in my

12   notice of appeal, the Appellate Division is stating that the

13   defendants themselves have to also request an attorney.  I

14   will preserve her right regarding that.  But she should file

15   a notice to 30 Monroe Place.

16   THE COURT:  Okay.

17   THE DEFENDANT:  Could I address the Court

18   again, please?

19   THE COURT:  What else?

20   THE DEFENDANT:  I asked Mr. Walensky on

21   multiple occasions for my paperwork.  That has not happened.

22   I don't understand why.  Because we were at the end of my

23   trial.  We are at sentencing and I don't have my paperwork

24   which is a violation of my 14th Amendment.  But if it is, you

25   know, I mean, I guess that is --

AP

PROCEEDINGS

1          MR. WALENSKY:  Her entire original file was

2     turned over.  There are transcripts of the recordings that

3     were made during trial because she can't have the DVDs.  But

4     the transcripts are there.  I retained the DVDs of the 911

5     call and of her statement. Some of the paperwork, some of the

6     paperwork, some of the papers requested, were just given to

7     me at trial.  That is the record of the card which is part of

8     my 330 motion.

9          The statements who Mathew Shephard (phonetic

10    spelling) was because Ms. Clue (phonetic spelling) had stated

11    she would tell me who the witness was, but I couldn't --

12    though Ms. Wisdom knew him, I couldn't turn it over to Ms.

13    Wisdom yet.  It was protected information up to the time of

14    trial.

15          As an officer of the Court, I had to keep the

16    confidence.  I had the statement but no identity of Mathew

17    Shephard.  The entire file is with her parents.  I gave them

18    instructions for mailing them to Ms. Wisdom.  I also told

19    them to make copies so if something happened to them.

20          One of the problems at Rikers, when there are

21    security checks officers take and throw out all of the

22    papers.  This happens time and time again.

23          THE COURT:  So, the paperwork work was turned

24    over to them?

25          MR. WALENSKY:  The entire original file.

PROCEEDINGS

1          THE COURT:  Do you wish to be heard, Ms. Chu?

2          MS. CHU:  Yes.  I know this trial took place a

3    couple of months ago.  It was in July of this year that we

4    received the verdict.  However, having presided over the

5    trial I know you are fully familiar with the facts and

6    circumstances of the case that on November 29, 2011, the

7    Defendant stabbed Anthony Wilson seven times inside of his

8    home at 832 Bushwick Avenue.  She took his phone, his keys

9    and his wallet.  She locked up the apartment.  And she left.

10         She contacted a person by the name of Mathew

11   Shephard, help Shard.  She gave third party admissions to Mr.

12   Shephard that she wouldn't pay rent to Mr. Wilson and fuck

13   him so she poked him.

14         It was not until five weeks after that that Mr.

15   Bilson's body was discovered partially decomposed by his

16   landlord when he failed to pick up his mail from his

17   mailbox.  This Defendant since, she was apprehended, has

18   failed to be truthful with regard to both the method of how

19   she stabbed the Defendant and the motive for why she stabbed

20   him.

21         She said --  she made statements to the police

22   as well as to the D.A.'s Office about how the Defendant was

23   --  the victim was trying to rape her and, therefore, she

24   had to defend herself.

25         However, the evidence that was adduced during

PROCEEDINGS

1    the course of this trial did not support her version of

2    events.   In fact, it contradicted her version of events.   The

3    evidence at the scene, as well as the injuries that were

4    suffered by the victim, as well as the 911 call on November

5    29, 2011, claiming there was a girl in his house acting crazy

6    and he wanted her out.

7                   The 911 tape evidences that this Defendant has

8    extremely violent anger issues and is a danger to society.

9    And for those reasons, The People are asking that the Court

10   sentence her to the maximum allowable under the law.   That is

11   25 years to life.

12                  THE COURT:   Do you have somebody that plans to

13   speak?

14                  MS. CHU:   Yes, Mr. Wilson's daughter Shaquana

15   Stewart-Wilson would like to make a statement to The Court.

16                  MR. WALENSKY:   May I be seated?

17                  THE COURT:   Yes you can sit.

18                  THE CLERK:   State your name.

19                  MS. STEWART-WILSON:   Shaquanna Stewart-Wilson.

20   I am the second oldest of Anthony Wilson.   So, I have a

21   little speech to say.

22                  THE COURT:   Go ahead.

23                  MS. STEWART-WILSON:   We are happy that we are

24   able to find out who was responsible for the terrible

25   ability, but at the same time my fear is gone.   And he will

PROCEEDINGS

1   never come back.  It was also --  he was also kindhearted,

2   caring and also willing to lend a helping hand. Anybody who

3   knew him know he loved to dance.  He was too much of a good

4   person to be taken away from us.  He didn't deserve to die

5   like that.

6            It is good that we --  I have my family here to

7   help a lending hand and strength and support.  On behalf of

8   my grandmother, who chose not to be here, I know he is

9   smiling down because justice has been served on his behalf.

10           THE COURT:  Thank you.

11           Counsel.

12           MR. WALENSKY:  Yes, Your Honor.  I am going to

13   ask for the minimum sentence allowed by law.  Your Honor, we

14   were unaware, until the 390 exam --

15           This is a tragedy for everyone.  Both families,

16   lost someone.  Until the 390 exam I was unaware that Ms.

17   Wisdom had been sexually molested as a child for is a

18   substantial period of time.  I was not aware she had fallen

19   and was in a coma for several weeks and when she came out

20   wasn't the same type of person.

21           I was aware there were certain psychiatric

22   issues.  This was discussed with her in terms of the defense

23   that would be presented.  But I wasn't aware of the extent of

24   these.  And certainly not aware of the molestation.

25           Taking these into consideration we could,

PROCEEDINGS

1   perhaps, understand -- well not to Ms. Wisdom but to

2   apparently a jury was an overreaction to the events that

3   transpired.

4                  Mr. Wilson was extremely intoxicated, .24

5   alcohol in his blood.  Ms. Wisdom had said he attacked her.

6   This was substantiated in terms of when Mathew Shephard

7   testified.  She said, yes, I poked him.  She also said he had

8   tried to rape her.  And she did have a swollen -- swelling on

9   her head around her face which is consistent with being

10  punched.  We don't know exactly what happened in that

11  apartment but Anthony Wilson is now deceased.

12                 I would like the Court to take into

13  consideration these factors brought out in the 390 Exam in

14  measuring justice with the understanding of a certain -- why

15  a certain person might act out as they are.

16                 Ms. Wisdom, to this day, denies that she

17  murdered Mr. Wilson with intent in cold blood and was, in

18  fact, defending herself.  Thank you.

19                 THE COURT:  What is the --

20                 The probation reports makes mention of a

21  program.

22                 MR. WALENSKY:  MICA (phonetic spelling) is a

23  psychiatric probationary program.

24                 THE COURT:  Ms. Wisdom, do you wish to speak at

25  this time?

PROCEEDINGS

1          THE DEFENDANT: Yes.

2          THE COURT:  Go ahead.

3          THE DEFENDANT:  Excuse me, if I speak to the

4    family for a few seconds.

5          THE COURT:  Quiet.

6          THE DEFENDANT:  First off, I want to apologize

7    for your loss.  I want to apologize to each and every one of

8    ya'll.  Nothing was done intentionally.  Yes, Anthony was a

9    good person.  And I am never going to try to take that from

10   him.  I am never going to try to erase that.  I am never

11   going to make it seem like he was a horrible person.

12          I don't think that you guys understand that he

13   was fighting a demon that is way bigger than I think a lot of

14   people can understand.  It was not just his habit.  It was

15   his emotions.  His loneliness.  Everything that he has been

16   feeling.  I think that has been in order throughout his

17   life.

18          Everybody is entitled to feel what they feel.

19   I am not going to take that from ya'll.  I am not going to

20   make it seem like I am not supposed to like feel any type of

21    -- I don't know, like I am not supposed to be punished for

22   whatever, what happened.  I never felt right about the whole

23   thing in the first place.  I never did.  I am not going to

24   feel right.  I beat myself up the whole time ever since it

25   happened.  I am not happy about the circumstances.  I am not

PROCEEDINGS

1   happy about what happened.  And know I didn't feel

2   comfortable with anything at all.

3            Like I said, it is nothing that I could replace

4   and give back to you guys.  Wish I could, but I can't.  I

5   know what a loss is like.  I apologize to each and everyone

6   of ya'll separately.

7            And God willing, and God knows in my heart that

8   I never tried to hurt him.  I always looked out for Anthony

9   to the best of my ability.  And he has done the same thing

10  for me.  So, everything right now is being misinterpreted to

11  make it seem like, you know --

12           I guess  I really don't exactly know the words

13  to say.  I am not a bad person.  I am not going to make it

14  seem like -- you know, make everybody anybody feel like I am

15  a bad person because I am not.  Things has happened in my

16  life.  Things has happened in his life.  It ended up being

17  uncontrolling situation that could not have been avoided.  I

18  walked away plenty of times.  I have.  I want ya'll to all

19  know that.  I have.  I want you to know that.  I avoided a

20  lot of things over the course of time.  Don't think I did

21  what I did, and did it intentional to make myself feel better

22  or make anybody else feel better or anything like that.  It

23  was not like that.

24           I can't replace what was taken from your

25  lives.  I wish I could but I can't.  I can't.  So, only thing

PROCEEDINGS

1  I can say is that I hope God blesses ya'll and God protects
2  ya'll through everything.
3          THE COURT:  Thank you.
4          The Court has before it a New York City
5  Department of Probation Report.  And it does reflect a prior
6  conviction of the Defendant, bench trial for Attempted
7  Assault and Harassment.  I don't know exactly what date that
8  was.  Also, the Defendant was convicted of Assault Three in
9  Lower Court.  She was sentenced to 15 days and three years
10  probation and had an order of protection.
11          The Defendant made probation.  She violated it
12  and was resentenced to nine 90 days in jail.  On the
13  Attempted Assault and Harrassment she was sentenced to 30 and
14  15 jail days respectively, and an order of protection.
15          The Department of Probation also notes that the
16  Defendant refused to make a statement and was uncooperative
17  during the course of an attempted interview of the
18  Defendant.  It is a fact that the Defendant does suffer from
19  certain mental health issues.  And she was being medicated
20  through MICA, a program at Kings County Hospital.  However,
21  she reportedly stopped going to the program against medical
22  advice.
23          Taking into consideration all of the facts and
24  circumstances of this matter, and the fact that after trial
25  the Jury found the Defendant guilty of Murder in the Second

AP

PROCEEDINGS

1    Degree, Intentional Murder, The Court hereby sentences the

2    Defendant to 18 years in jail as a determinant sentence -- I

3    mean to say 18 to life.  I made a mistake.  I am sorry. 18 to

4    life.  And that will be the sentence of The Court.

5                    THE CLERK:  Ms. Wisdom, this is your right to

6    appeal.  You are advised that you have the right from the to

7    file a written notice of appeal with the clerk of the court

8    and duplicate within 30 days of this date.  Similar notice

9    must be served on the DA of Kings County.

10                   If you can not afford or retain Counsel, you

11   may apply to the Appellate Division 2d Department at 45

12   Monroe Place Brooklyn, New York and ask that Counsel be

13   assigned to you for the purpose of prosecuting your appeal.

14                   There is a $300 mandatory surcharge.  $50 DNA

15   fee, $25 crime victim assistance which they take from inmate

16   funds.

17                   THE COURT: You can take charge.

18

19

20

21

22

23

24

25

14

PROCEEDINGS

1

2                           REPORTER'S CERTIFICATION

3

4         I hereby certify that the foregoing is a true and

5    accurate transcript recorded by me

6

7

8

9                               Michael Rizzo
                            Senior Court Reporter
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

AP