# APPELLATE ADVOCATES

111 JOHN STREET - 9TH FLOOR, NEW YORK, NEW YORK 10038
PHONE: (212) 693-0085   FAX: (212) 693-0878

*Attorney-in-Charge*
   Paul Skip Laisure

*Assistant Attorney-in-Charge*
   David P. Greenberg

*Supervising Attorneys*
   Erica Horwitz
   Lisa Napoli
   William G. Kastin
   Kendra L. Hutchinson
   Leila Hull
   Patricia Pazner
   Mark W. Vorkink
   Alexis A. Ascher
   Tammy E. Linn
   Michael Arthus

*Director of Innocence Investigations*
   De Nice Powell

*Senior Counsel*
   Yvonne Shivers
   Kathleen E. Whooley
   Denise A. Corsi
   Joshua M. Levine
   Melissa S. Horlick
   Jenin Younes
   Dina Zloczower

*Founder and Senior Counsel*
   Lynn W. L. Fahey

*Senior Staff Attorneys*
   Nao Terai
   Anders Nelson
   Meredith S. Holt

*Staff Attorneys*
   *Yasmine D. Bailey
   Samuel Barr
   Caitlyn B. Carpenter
   *Sarah B. Cohen
   Cynthia Colt
   Alice R. B. Cullina
   Paris C. DeYoung
   Samuel R. Feldman
   David Fitzmaurice
   Rebecca J. Gannon
   *Liv M. Gee
   David L. Goodwin
   Iskuhi Grigoryev
   Denise Grosman
   *Jenna D. Hymowitz
   Anna Jouravleva
   Hannah Kon
   Anna Kou
   Brandon Kronstat
   Melissa Lee
   Chelsea F. Lopez
   Emily T. Lurie
   *Ryan Miller
   Sean H. Murray
   Sean Nuttall
   *Caden Otunu
   Ava C. Page
   Priya Raghavan
   Martin B. Sawyer
   Jonathan Schoepp-Wong
   Angad Singh
   Sarah Vendzules
   Patty C. Walton
   Benjamin Welikson

*Awaiting Admission

November 19, 2020

Judge Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   Wisdom v. Perez, 1:20-cv-02196
      Request for Extension of Time to Reply

Your Honor:

I am writing to respectfully request an extension of time in which to submit a reply on behalf of Petitioner Atara Wisdom.

On August 23, 2020, the Court issued an Order to Show Cause ("OSC") directing that Petitioner must submit any reply in this matter within 30 days of the filing of Respondent's opposition papers. Since Respondent filed an opposition on November 12, 2020, Petitioner's reply is currently due on December 14, 2020 (30 days would be December 12, a Saturday).

I am writing to respectfully request an extension of time of an additional 30 days in which to submit a reply. A reply is necessary due to my pre-existing workload over the next month. I have a reply due by November 30 in another matter in the Eastern District of New York. In New York state courts, there are November and December deadlines for two of my own cases and other attorneys' cases that I am responsible for reviewing. If possible, I also hope to take some time off around Thanksgiving and late December.

No previous extension has been requested and Respondent's counsel consented to any extension of time I might need.

I am available at (978) 886-3130 and tlinn@appad.org to answer any questions or provide more information. Thank you for your consideration.

Respectfully,

Tammy Linn
Counsel for Petitioner